FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 20 2018
LONG ISLAND OFFICE

RECEIVED
AUG 20 2018
EDNY PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Mr. Marut Panchitkaew

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Nassau University Medical Center, Maureen Moynihan, Eugene Yap, John Does

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV-18 4698
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

AZRACK, J.

LOCKE, M. J.

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marut Panchitkaew |
| Street Address | 450 Gardiners Avenue |
| City and County | Levittown, Nassau County |
| State and Zip Code | New York, 11756 |
| Telephone Number | 516-996-9349 ©, 516-731-2917 (H) |
| E-mail Address | panday6000@gmail.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nassau University Medical Center (NUMC) |
| Job or Title | Medical Institution/Entity |
| Street Address | 2201 Hempstead Turnpike |
| City and County | East Meadow, Nassau County |
| State and Zip Code | New York, 11756 |
| Telephone Number | 516-572-0123 |
| E-mail Address | N/A |

_____ (if known)

2

Defendant No. 2

| | | |
|---|---|---|
| Name | Maureen Moynihan | |
| Job or Title | Nurse Practitioner | (if known) |
| Street Address | 2201 Hempstead Turnpike | |
| City and County | East Meadow, Nassau County | |
| State and Zip Code | New York, 11756 | |
| Telephone Number | 516-572-0123 | |
| E-mail Address | N/A | (if known) |

Defendant No. 3

| | | |
|---|---|---|
| Name | Eugene Yap | |
| Job or Title | Registered Nurse | (if known) |
| Street Address | 2201 Hempstead Turnpike | |
| City and County | East Meadow, Nassau County | |
| State and Zip Code | New York, 11756 | |
| Telephone Number | 516-572-0123 | |
| E-mail Address | N/A | (if known) |

Defendant No. 4

| | |
|---|---|
| Name | John Does |
| Job or Title | Medical Evaluator - Initial (if known) |
| Street Address | 2201 Hempstead Turnpike |
| City and County | East Meadow, Nassau County |
| State and Zip Code | New York, 11756 |
| Telephone Number | 516-572-0123 |
| E-mail Address | N/A (if known) |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S. Code §1983, 28 U.S. Code §1331, 4TH & 14TH AMENDMENTS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

  Each and All Defendants knowingly that the Plaintiff suffered from the spinal cord, Shoulder Cuff, and Lower Back Hernia Disc, and personal health issues (Diabetic, Hypertension, Abnormal Thyroid, managed to imprison the Plaintiff in the Psychward forcefully against my will.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

  Name            Nassau University Medical Center (NUMC)
  Street Address  2201 Hempstead Turnpike
  City and County East Meadow, Nassau County
  State and Zip Code  New York, 11756

B. What date and approximate time did the events giving rise to your claim(s) occur?

  Febuary 16, 2016; Approximately 3.00 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

  During Initial Evaluation, I have informed the hospital that this is false arrest and false detained. Nonetheless, the hospital denied and refused to hear the story from

5

neither my family and/or the plaintiff. The hospital & defendants forcefully detained me at the Psych Ward despite there is no probable cause. This false detention has caused Plaintiff's fortune, including but not limited to: Unable to be employed at the Government as the record has been unfairly recorded. This false imprisonment has been haunting and caused the Plaintiff's tremendously negative emotion.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Despite Plaintiff has no history of mental illness, Nassau University Medical Center managed to destroy the Plaintiff's career future by falsely filed mental record. The defendants forcefully imprisoned the plaintiff. During the stay, plaintiff was forced to take unnecessarily fatal medications including but not limited to sedatives, injections of un-identified psychotropic dosages. As a result, plaintiff now suffer from various illness including nerve pain, joint discomfort, excessively abnormal thyroid, uncontrollable diabetic – due to unfunctional Pancreas, Short memory, defect vision, …, etc. These symptoms are permanent damages.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10 Millions for the Permanent Damage on Plaintiff's physical injuries
$25 Millions for the Emotional Distress/ Suffering
$50 Millions for Pain and Suffering
$2.5 Millions for Job/ Career Lost

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the

complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __08/20, 2018__.

Signature of Plaintiff _____

Printed Name of Plaintiff ____MARUT PANCHITKAEW____

7



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
July 10, 2018

Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, NY  11756

SUBJECT: Firearm Appeal
National Instant Criminal Background Check
System (NICS) Transaction
Number (NTN)-100NJ6818

Dear Mr. Panchitkaew:

This letter is in response to your appeal of the results of your firearm background check. You have been matched with a prohibiting record which contains a similar name and/or similar descriptive features. Your transaction's prohibition is under Title 18, United States Code (U.S.C), Section 922(g)(4): "A person who has been adjudicated as a mental defective or who has been committed to a mental institution." Please note that this standard may be met in a number of ways, including but not limited to:

- A formal ruling by a Court or other proper authority that an individual either lacks mental capacity to manage his or her own affairs or is a danger to self or others, due to mental illness, incompetency, condition or disease, or very low intelligence
- A finding, by a Court or jury, that an individual was not guilty of criminal charges due to mental incapacity or infirmity, or that the individual was guilty but mentally ill, or that such charges against the individual should be dismissed for mental health reasons
- An order of a Court or other proper authority directing an individual to receive treatment for a mental health condition, whether inpatient or outpatient, which for purposes of this statute constitutes being "committed to a mental institution"

In addition, please note that your agreement to the entry of any such order, ruling, or finding would not make the 18 U.S.C. §922(g)(4) prohibitor invalid.

**If you are the subject of the prohibiting record listed below** and wish to challenge the accuracy of the record, you should contact the agency holding the record for further information. If the agency has documentation which would show the record was inaccurate or

*Note: This Medical Record deny not only my future Career but also the Constitution - Right to bear Arm.*



**Nassau University Medical Center**
**A. Holly Patterson Extended Care Facility**
**Family Health Centers***

*In partnership with LI Federally Qualified Health Centers, Inc.

Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, NY 11756

Mr. Panchitkaew:

The Nassau University Medical Center acknowledges receipt of your letter dated July 25, 2018. While we cannot expunge information from a medical record, we do recommend you request your medical records. If you were mistakenly detained for what you have described, the situation should be noted in the record itself. Enclosed is a HIPAA release form which you may use to request a copy of your medical records.

We hope this helps you in your endeavors.

Sincerely,

Nassau University Medical Center's Legal Department

*Note:
A: Refuse to expunge the record.
B: Denied of granting a consideration to conceal and/or Remove the record.

To:
Legal Department
Nassau University Medical Center (NUMC)
2201 Hempstead Turnpike,
East Meadow, NY 11554

From:
Mr. Marut Panchitkaew
450 Gardiners Avenue,
Levittown, NY 11756

Dear NUMC Attorney,

I'm writing you this letter to request an expungement of my record. On Feb, 16, 2016, there was a prank call to 911 by unidentified caller stating that I am committing suicide. As a result, the Nassau Police mistakenly detained and located me in NUMC psych ward unit. As discussed with one of the NUMC's Legal Department, I was recommended to write you this letter in order to request such expungement.

This record will not only prohibit me from entering a Law School (CUNY Laws), but also stop me from being employed by the Federal Government. I am multi-lingual specialist with BSc. In Business/Economics from Oregon State University System. This career meant everything to me. And I highly hope NUMC Legal Department could kindly take this concern factors into the consideration.

Please kindly notify, should there be any further detail needed.

Truthfully Yours,

*[signature]*

Marut Panchitkaew

H: 516-731-2917
C: 516-996-9349
E: Panday5000@mailfence.com

Note: A letter request to expunge the false Medical Records.